UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT JAMES SWINT,

      Plaintiff,

v.                                              Case No:   8:24-cv-01365-JLB-LSG

ZIPPLY, et. al.,

      Defendants.
_____/

## ORDER TO SHOW CAUSE

On June 6, 2024, Plaintiff Robert James Swint, proceeding without a lawyer, filed his Complaint but failed to pay the filing fee or move to proceed *in forma pauperis*. (Doc. 1).

Under 28 U.S.C. § 1914, "[t]he clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350." 28 U.S.C. § 1914(a). Further, the Clerk of Court is permitted to collect from the parties "such additional fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. § 1914(b). Under these statutes, Plaintiff is required to pay a total filing fee of $405.

Alternatively, if Plaintiff is unable to pay the filing fee, he may request leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1). Section 1915 provides that "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein,

without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

The case cannot continue without payment of the filing fee or an affidavit establishing that Plaintiff is indigent. The necessary forms may be obtained from the Court's website or the Clerk's Office.

Accordingly, Plaintiff is **DIRECTED** to show cause for failure to pay the $405 filing fee or moving to proceed *in forma pauperis* with supporting affidavits on or before April 23, 2025. This Order to show cause will be discharged upon Plaintiff's fulfillment of one of the foregoing options. If Plaintiff does not pay the filing fee or move to proceed *in forma pauperis*, the Court will accept that Plaintiff does not wish to pursue his claims, and the Court will dismiss the claims with prejudice. *See* M.D. Fla. Loc. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

**ORDERED** in Tampa, Florida, on April 9, 2025.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE