UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT JAMES SWINT,

    Plaintiff,

v.                            Case No.:  8:24-cv-01365-JLB-LSG

ZIPPLY, et. al.,

    Defendants.
_____/

## ORDER

On April 9, 2025, the Court instructed pro se Plaintiff Robert Swint to show cause by April 23, 2025, for failure to pay the filing fee or move to proceed *in forma pauperis*. (Doc. 5). Plaintiff has failed to respond or otherwise explain his failure to prosecute this case. As the Court previously explained, Plaintiff has demonstrated an intent not to pursue his claims. (*Id.*).

Accordingly, this case is **DISMISSED without prejudice**. *See* M.D. Fla. Loc. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

*- Remainder of page intentionally left blank -*

The Clerk of Court is **DIRECTED** to enter judgment dismissing the case without prejudice, terminate all deadlines, deny all pending motions as moot, and close the case.

**ORDERED** in Tampa, Florida, on May 22, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE